Certificate Number: 15317-WIE-DE-036181109

Bankruptcy Case Number: 18-26528



15317-WIE-DE-036181109

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2021, at 12:52 o'clock PM PST, Elizabeth A Wirth completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: December 4, 2021

By: /s/Khaira Sakaluran

Name: Khaira Sakaluran

Title: Credit Counselor